

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| ALEXANDER ORTIZ,<br>　　　　Plaintiff,<br><br>vs.<br><br>MR. W. VAREEN, *active warden,* MR. C. NEVILS, *captain*, MS. S. BROADWATER, *SHU L.T.*, MR. C. TOLBERT, *SHU officer*, MR. HAUCK, *CMC*, MR. WALLS, *B-3 case manager*, MS. BATTLE, *health services administrator*, DR. SWEETING, *dentist*, UNITED STATES OF AMERICA, and BUREAU OF PRISONS,<br>　　　　Defendants. | Civil Action No. 1:19-00878-MGL |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
AND DISMISSING PLAINTIFF'S COMPLAINT**

Plaintiff Alexander Ortiz (Ortiz), proceeding pro se, filed this action under 42 U.S.C. § 1983 alleging violations of his constitutional rights. This matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge recommending Ortiz's complaint be dismissed with prejudice, in accordance with Federal Rule of Civil Procedure 41(b). The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the

Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a *de novo* determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on December 16, 2019. On that same day, the Clerk mailed a copy of the Report to Ortiz. On December 30, 2019, however, the Post Office returned Ortiz's copy of the Report to the Clerk marked: "RETURN TO SENDER[.]  NOT DELIVERABLE AS ADDRESSED[.]  UNABLE TO FORWARD[.]"

As such, Ortiz has neglected to file any objections to the Report. "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Moreover, a failure to object waives appellate review. *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report and incorporates it herein. Therefore, it is the judgment of the Court Ortiz's complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed this 2nd day of April 2020 in Columbia, South Carolina.

                                              s/ Mary Geiger Lewis
                                              MARY GEIGER LEWIS
                                              UNITED STATES DISTRICT JUDGE

*****
## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within sixty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.