# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Alexander Ortiz,<br>*Plaintiff*<br>v.<br><br>Mr. W. Vereen *Active Warden*; Mr. C. Nevils *Captain*; Ms S. Broadwater *SHU L.T.*; Mr. C. Tolbert *SHU Officer*; Mr. Hauck *CMC*; Mr. Taylor *B-3 Unit Manager*; Mr. Walls *B-3 Case Manager*; Ms. Robertston *B-3 Unit Counceler*; Ms. Battle *Health Services Administrator*; Dr. Sweeting *Dentist*; United States of America; Bureau of Prisons,<br>*Defendants* | Civil Action No.   1:19-cv-00878-MGL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Alexander Ortiz, shall take nothing of the defendants, Mr. W. Vereen *Active Warden*, Mr. C. Nevils *Captain*, Ms S. Broadwater *SHU L.T.*, Mr. C. Tolbert *SHU Officer*, Mr. Hauck *CMC*, Mr. Taylor *B-3 Unit Manager*, Mr. Walls *B-3 Case Manager*, Ms. Robertston *B-3 Unit Counceler*, Ms. Battle *Health Services Administrator*, Dr. Sweeting *Dentist*, United States of America and Bureau of Prisons and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   April 2, 2020                                                                 *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                            s/L. Baker
                                                                                            _____
                                                                                                  *Signature of Clerk or Deputy Clerk*